IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **Michael Steward,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>-vs-<br><br>**ABX Air, Inc.,** *et al.*<br><br>Defendants | Case No: 1: 08 CV 904<br><br>Judge Michael R. Barrett |

## ORDER

Upon consideration of the foregoing Motion for Substitution of Parties (Doc. #75), it is **ORDERED** that the motion be and hereby is **GRANTED**, and that Pricilla K. Poynter as Executrix for the Estate of Thomas W. Poynter shall be substituted in lieu of the named Defendant Thomas Poynter, deceased.

**SO ORDERED:**

 s/Michael R. Barrett
UNITED STATES DISTRICT JUDGE